IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BOEING EMPLOYEES' CREDIT UNION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>P/C WHITE DAHLIA, Official Number 1192139, her engines, tackle, apparel, furniture and equipment, *In Rem*, and DENA M. BYERSDORF and "JOHN DOE" BYERSDORF, her husband, and their marital community, *In Personam*,<br><br>Defendants. | IN ADMIRALTY<br><br>NO. C09-5240 RJB<br><br>[~~Proposed~~]<br>ORDER AUTHORIZING CLERK TO ISSUE A WARRANT FOR ARREST PURSUANT TO SUPPLEMENTAL RULE C |



09-CV-05240-ORD

This matter having come on upon the motion of plaintiff pursuant to Supplemental Rule for Admiralty and Maritime Claims and Asset Forfeiture Actions C(3), and the Court having considered the records and files herein, and having concluded that the conditions for an action *in rem* appear to exist, now therefore it is

Order Authorizing Clerk to Issue a Warrant for Arrest Pursuant to Supplemental Rule C 1

Law Office of
STAN LOOSMORE, P.S.
3011 One Union Square
600 University Street
Seattle, WA 98101
206 622-2400

FILED RECEIVED LODGED
APR 23 2009
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
DEPUTY

| | |
|---|---|
| 1 | ORDERED that the Clerk is authorized to issue a Warrant for the arrest of |
| 2 | the defendant vessel, the P/C WHITE DAHLIA, Official Number 1192139, her |
| 3 | engines, tackle, apparel, furniture and equipment. |

DATED this 23rd day of April, 2009.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

_____
Stan Loosmore, WSBA #6011
Attorney for Plaintiff

222-09007-7p

Law Office of
STAN LOOSMORE, P.S.
3011 One Union Square
600 University Street
Seattle, WA 98101
206 622-2400

Order Authorizing Clerk to Issue a Warrant for Arrest Pursuant to Supplemental Rule C 2